In the Matter of EDWARD MCKAGUE, Appellant, against HOWARD E. PEARSALL, as Clerk of the Village of Freeport, Respondent.

HENRY VON ELM et al., Respondents.

Argued March 14, 1938; decided March 14, 1938.

*Israel J. Beck* and *Edward Marks* for appellant.   Failure to append at the bottom of each separate sheet of the nominating petition the authentication prescribed in sections 135 and 137 of the Election Law (Cons. Laws,

ch. 17) invalidates each such separate sheet, and a petition filed in this form is not sufficient compliance with the Election Law to entitle the nominees therein to have their names placed on the official ballot. (*Matter of Kollock* v. *Russell*, 162 Misc. Rep. 299; 250 App. Div. 774; *Matter of Wood* v. *Board of Elections*, 247 App. Div. 322; *Matter of Lerner* v. *Cohen*, 240 App. Div. 805; 262 N. Y. 450; *Matter of Dorsey* v. *Cohen*, 245 App. Div. 849; 268 N. Y. 620.)

*G. Burchard Smith* for Henry Von Elm et al., respondents. The designating petition is valid. (*Matter of Simpson* v. *Cohen*, 299 N. Y. Supp. 124.)

*Samuel M. Levy* for Howard E. Pearsall, as clerk of the village of Freeport, respondent.

*Per Curiam.* We are of the opinion that section 137 of the Election Law (Cons. Laws, ch. 17), read in connection with section 135, requires that when a nominating petition is authenticated by the affidavit of the witness before whom it was subscribed, such affidavit must be appended at the bottom of each sheet of the petition containing signatures of the electors.

The orders should be reversed and the motion granted, without costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Orders reversed, etc.